# EXHIBIT B



## WELCOME

Ariel Capital Advisors is a boutique professional firm providing institutional private wealth management services to individuals and families. With offices in Florida and Ohio, Ariel Capital Advisors provides independent and objective investment management, tax and estate planning, financial planning, and trust administration services to clients throughout the United States.

Every client relationship is anchored in Ariel Capital Advisors core values –

- **Leadership** – ability to encourage, inspire or motivate others
- **Excellence** – eminently good; first-class
- **Integrity** – adherence to ethical principles; soundness of character
- **Objectivity** – unbiased, ability to act without bias or external influence
- **Transparency** – characterized by visibility or accessibility of information
- **Value** – something intrinsically important or desirable

As a Registered Investment Advisory firm, Ariel Capital Advisors provides all client services in accordance with the highest standards of fiduciary care under the oversight of the U.S. Securities and Exchange Commission.

## LOCATIONS

**Naples, Florida**
9132 Strada Place, 2nd Floor
Naples, Florida 34108
(239) 451-6008

**Cleveland, Ohio**
5005 Rockside Road, Suite 600
Independence, OH 44131
(216) 573-3776



## OUR PURPOSE

Ariel Capital Advisors exists to provide individuals and families with exceptional private wealth management services that exceed their expectations. With offices in Florida and Ohio, Ariel Capital Advisors provides independent and objective investment management, tax and estate planning, personal financial planning, and trust administration services to clients throughout the United States.

Every client relationship is anchored in Ariel Capital Advisors' core values –

### ✓ LEADERSHIP
*ability to encourage, inspire or motivate others*
Ariel Capital Advisors is committed to leadership in all of its activities and relationships. Leadership is impossible without trust and trust must be earned.

### ✓ EXCELLENCE
*eminently good; first-class*
Ariel Capital Advisors is committed to excellence in every facet of client service. We know that a standard of excellence is difficult to achieve and maintain. Nonetheless, everything we do is benchmarked to the highest level of quality and exceptionalism.

### ✓ INTEGRITY
*adherence to ethical principles; soundness of character*
Ariel Capital Advisors is committed to integrity as a central attribute of our existence. We are committed to values and principles that require honesty, sincerity, and trustworthiness. We understand that integrity requires that our actions must be aligned with our words.

### ✓ OBJECTIVITY
*unbiased, ability to act without bias or external influence*
Ariel Capital Advisors is committed to objectivity in developing and providing all professional recommendations as part of the client private wealth management relationship. We never steer our clients into any financial product or service offered by any vendor based on a hidden motivation or agenda.

### ✓ TRANSPARENCY
*characterized by visibility or accessibility of information*
Ariel Capital Advisors is committed to transparency in every client relationship. Our clients have 24 hour-a-day access to all account information and data. Our compensation if fully disclosed and our clients don't have to worry about hidden fees or charges.

### ✓ VALUE
*something intrinsically important or desirable*
Ariel Capital Advisors is committed to providing value in every client relationship. Our value exchange proposition is devoted to providing private wealth management services to our clients with value that exceeds the compensation rendered for our services.

As a Registered Investment Advisory firm, Ariel Capital Advisors provides all client services in accordance with the highest standards of fiduciary care under the oversight of the U.S. Securities and Exchange Commission.

© Copyright - Ariel Capital Advisors 2014 -



Private Wealth Management

Home | Our Firm | Services | Wealth Portal | Contact Us



**Christopher P. Bray, JD, CPA**
Managing Director



**Darian H. Chen, CFA**
Chief Investment Officer



**Christopher J. Squittieri, CFA, CFP**
Senior Portfolio Manager



**Michael A. Harris, CFA**
Senior Portfolio Manager



**Kimberly S. Wilmore**
Director of Operations



**Marcie R. Rebardo**
Client Specialist

© Copyright - Ariel Capital Advisors 2014 -

Private Wealth Management


Ariel Capital
ADVISORS, LLC

Home | Our Firm | Services | Wealth Portal | Contact Us

# SERVICES

## Investment Management

Ariel Capital Advisors, LLC focuses on providing customized investment management solutions designed and implemented according to each client's unique circumstances. Every investment strategy is aligned with our client's best interests and tailored to their financial goals and objectives. We have the capability to meet our client's needs by using proprietary portfolio management, open architecture (separately managed third-party investment managers) and hybrid approaches.

## Personal Financial Planning

Ariel Capital Advisors, LLC provides comprehensive personal financial planning for clients including short-term and long-term, retirement cash flow and asset accumulation planning, liability management and risk management planning. Our personal financial planning services are an integral element of the overall wealth management relationship that we have with each client.

## Tax and Estate Planning

Ariel Capital Advisors, LLC provides a variety of tax, financial, and estate planning services for our clients. Each family has a dedicated team of professionals working together to integrate and oversee every aspect of our client families' financial situations.

## Trust Services

We understand that trustee selection is a difficult choice for many clients. Most clients lean toward selecting a trusted friend or family member when choosing a trustee. However, a trustee's duties can be extensive. Most states have adopted the Uniform Trust Code, which establishes statutory criteria for a trustee in the performance of his or her duties. For an individual trustee, navigating statutory requirements related to the performance of a trustee's fiduciary duties can be a daunting task. Ariel Capital Advisors, LLC can help by providing clients with comprehensive trustee support services.

© Copyright - Ariel Capital Advisors 2014 - Enfold Theme by Kriesi

