# EXHIBIT C



Michael Best & Friedrich LLP
**Attorneys at Law**
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601-6710
Phone 312.222.0800
Fax 312.222.0818

**Luke W. DeMarte**
Direct 312.222.5795
Email lwdemarte@michaelbest.com

August 14, 2014

**VIA FEDERAL EXPRESS**

Christopher P. Bray
Ariel Capital Advisors, LLC
9132 Strada Place, 2nd Floor
Naples, Florida 34108

Re: Infringement of Ariel Investments, LLC's Trademarks

Dear Mr. Bray:

This firm represents Ariel Investments, LLC ("Ariel"). Ariel has learned of and objects to the use of "Ariel Capital Advisors" in connection with investment advisory and related services.

Ariel is the owner of the federally registered marks ARIEL and ARIEL INVESTMENTS for, among other things, investment management and advisory services (Reg. Nos. 1286420 and 3506141, respectively). Copies of Ariel's trademark registrations are enclosed as Exhibit A. These registrations are incontestable, which means that they are conclusive evidence of Ariel's exclusive right to use such marks in commerce. 15 U.S.C. §1115(b).

As you may be aware, Ariel has been engaged in the investment management and advisory business for more than 30 years. During that time, Ariel has heavily promoted its services under its ARIEL marks in prominent national media outlets, such as *The Wall Street Journal* newspaper, *Forbes* magazine, and the *Good Morning America* television program. Ariel also markets and promotes its services using its ARIEL marks online, through its website at www.arielinvestments.com and other sites. As a result of such substantial marketing, promotion and nationwide publicity, the ARIEL marks have become well known and closely associated with Ariel.

Ariel Capital Advisors provides investment advisory and related services as shown on your firm's website at www.arielcapitaladvisors.com. Representative pages from that website are enclosed as Exhibit B.

We believe that your firm's use of the name or mark "Ariel Capital Advisors" and the arielcapitaladvisors.com domain name creates a likelihood of confusion with Ariel's ARIEL marks in violation of Ariel's rights. Such a likelihood of confusion is exacerbated by the fact that Ariel was previously known as "Ariel Capital Management" for nearly 25 years.

To avoid such a likelihood of confusion, Ariel requests that your firm cease use of the name or mark "Ariel Capital Advisors," the arielcapitaladvisors.com domain name and any other name, mark or domain name which is confusingly similar to Ariel's ARIEL marks.



Christopher P. Bray
August 14, 2014
Page 2


Provided that you contact us within ten (10) days of the date of this letter with your written commitment to comply with Ariel's request, Ariel is willing to provide you with a reasonable period of time to transition to a new name and online address. In any event, all of Ariel's rights and remedies are expressly reserved.

We look forward to receiving your written response.

Sincerely,

**MICHAEL BEST & FRIEDRICH LLP**

*Luke W DeMarte*

Luke W. DeMarte

Enclosures

cc:   Ariel Investments, LLC (via email)

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**
Reg. No. 1,286,420
Registered Jul. 17, 1984

## SERVICE MARK
Principal Register

## ARIEL

Ariel Capital Management, Inc. (Illinois corporation)
Suite 2014
307 N. Michigan Ave.
Chicago, Ill. 60601

For: MANAGEMENT OF INVESTMENTS AND INVESTMENT FUNDS, in CLASS 36 (U.S. Cl. 102).

First use Jan. 10, 1983; in commerce Mar. 23, 1983.

Ser. No. 431,218, filed Jun. 20, 1983.

RUSS HERMAN, Examining Attorney

Int. Cls.: 16 and 36

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,506,141
Registered Sep. 23, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## ARIEL INVESTMENTS

ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
200 E. RANDOLPH DRIVE
SUITE 2900
CHICAGO, IL 60601

FOR: PRINTED PUBLICATIONS, NAMELY, REPORTS, EDUCATIONAL MATERIALS, NEWSLETTERS, PAMPHLETS AND PERIODICALS FEATURING INVESTMENT NEWS AND COMMENTARY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: INVESTMENT ADVISORY SERVICES; INVESTMENT MANAGEMENT; MUTUAL FUND BROKERAGE, DISTRIBUTION AND INVESTMENT; FINANCIAL SPONSORSHIP OF CULTURAL AND PERFORMING ARTS EVENTS; PROVIDING ON-LINE INFORMATION IN THE FIELD OF INVESTMENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,286,420, 2,772,980, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INVESTMENTS", APART FROM THE MARK AS SHOWN.

SN 77-209,986, FILED 6-19-2007.

IRA J. GOODSAID, EXAMINING ATTORNEY

EXHIBIT B

PRIVATE WEALTH MANAGEMENT

Home | About Us | Services | Contact Us

ARIEL CAPITAL ADVISORS, LLC

## Welcome

Ariel Capital Advisors, LLC is a boutique professional firm providing institutional private wealth management services to individuals and families throughout the United States.

## Our People

The professionals of Ariel Capital Advisors, LLC have worked with individuals and families as executives, members, and associates of accounting firms, law firms, trust companies, family offices, investment firms and banks.

## Our Services

Ariel Capital Advisors, LLC focuses on providing customized solutions designed and implemented according to each client's unique circumstances.

## Contacts

9132 Strada Place, 2nd Floor
Naples, Florida 34108
(239) 451-6008

Home | About Us | Services | Contact Us | Christopher P. Bray, JD, CPA | Darian H. Chen, CFA | Christopher J. Squittieri | Kimberly S. Wilmore | Marcie A. Rebardo | Michael A. Harris, CFA

Ariel Capital Advisors, LLC © 2013 | All Rights Reserved

POWERED BY WebsiteBuilder



Home About Us Services Contact Us



# Our Services

**INVESTMENT MANAGEMENT**
Ariel Capital Advisors, LLC focuses on providing customized investment management solutions designed and implemented according to each client's unique circumstances.  Every investment strategy is aligned with out client's best interests and tailored to their financial goals and objectives.  We have the capability to meet our client's needs by using proprietary portfolio management, open architecture (separately managed third-party investment managers) and hybrid approaches.

**TAX AND ESTATE PLANNING**
Ariel Capital Advisors, LLC provides a variety of tax, financial, and estate planning services for our clients.  Each family has a dedicated team of professionals working together to integrate and oversee every aspect of our client families' financial situations.

**PERSONAL FINANCIAL PLANNING**
Ariel Capital Advisors, LLC provides comprehensive personal financial planning for clients including short term and long term cash flow planning, retirement cash flow and asset accumulation planning, liability management and risk management planning.  Our personal financial planning services are an integral element of the overall wealth management relationship that we have with each client.

**TRUST SERVICES**
We understand that trustee selection is a difficult choice for many clients.  Most clients lean toward selecting a trusted friend or family member when choosing a trustee.  However, a trustee's duties can be extensive.  Most states have adopted the Uniform Trust Code, which establishes statutory criteria for a trustee in the performance of his or her duties.  For and individual trustee, navigating statutory requirements related to the performance of a trustee's fiduciary duties can be a daunting task.  Ariel Capital Advisors, LLC can help by providing clients with comprehensive trustee support services.