**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ARIEL INVESTMENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-3717 |
| | ) | |
| ARIEL CAPITAL ADVISORS LLC | ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

**Defendant Ariel Investments, LLC's Rule 7.1 Disclosure Statement**

The undersigned, counsel of record for Plaintiff Ariel Investments, LLC ("Ariel Investments") submit the following *Notice of Affiliates* in compliance with Federal Rule Civil Procedure 7.1 and Local Rule 3.2:

1. The full name of every party or amicus the undersigned attorney represents in this case is as follows:

    Ariel Investments, LLC – a Delaware limited liability company

2. Such party is a legal entity, its parent entity and a list of owners that are publicly held companies owning 5 percent or more of the stock of the party or stock if it is a publicly held company is as follows:

| Plaintiff | Parent Corporation or any publicly held corporation owning 5% or more of its stock |
|---|---|
| Ariel Investments, LLC | Ariel Investments states that its sole governing member is Ariel Capital Management Holdings, Inc., an Illinois corporation. Ariel further states that no publicly traded company owns 5% or more of the stock of Ariel or its sole governing member |

3.  The law firm appearing for Plaintiff is as follows:

>   Michael Best & Friedrich LLP
>   Two Prudential Plaza
>   180 North Stetson Avenue
>   Suite 2000
>   Chicago, Illinois 60601

Dated: April 28, 2015

By: /s/ Arthur Gollwitzer III
Arthur Gollwitzer III (6225038)
  agollwitzer@michaelbest.com
Luke W. DeMarte (6269621)
  lwdemarte@michaelbest.com
Larry L. Saret (2459337)
  llsaret@michaelbest.com
Zachary J. Watters (6310675)
  zjwatters@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Tel: (312) 222-0800
Fax: (312) 222-0818

*Attorneys for Plaintiff,*
*Ariel Investments, LLC*