**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 15-cv-3717 |
|---|---|
| Ariel Investments, LLC v. Ariel Capital Advisors LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Ariel Investments, LLC

| | |
|---|---|
| NAME (Type or print) Luke W. DeMarte | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Luke W. DeMarte | |
| FIRM Michael Best & Friedrich LLP | |
| STREET ADDRESS Two Prudential Plaza, 180 N. Stetson Ave., Ste 2000 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6310675 | TELEPHONE NUMBER 312-222-0800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |