AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following ☐ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

Int. Cl.: 36

Prior U.S. Cl.: 102

**United States Patent and Trademark Office**

Reg. No. 1,286,420
Registered Jul. 17, 1984

## SERVICE MARK
Principal Register

## ARIEL

Ariel Capital Management, Inc. (Illinois corporation)
Suite 2014
307 N. Michigan Ave.
Chicago, Ill. 60601

For: MANAGEMENT OF INVESTMENTS AND INVESTMENT FUNDS, in CLASS 36 (U.S. Cl. 102).

First use Jan. 10, 1983; in commerce Mar. 23, 1983.

Ser. No. 431,218, filed Jun. 20, 1983.

RUSS HERMAN, Examining Attorney

Int. Cls.: 16 and 36

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,506,141
Registered Sep. 23, 2008

TRADEMARK
SERVICE MARK
PRINCIPAL REGISTER

# ARIEL INVESTMENTS

ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
200 E. RANDOLPH DRIVE
SUITE 2900
CHICAGO, IL 60601

FOR: PRINTED PUBLICATIONS, NAMELY, REPORTS, EDUCATIONAL MATERIALS, NEWSLETTERS, PAMPHLETS AND PERIODICALS FEATURING INVESTMENT NEWS AND COMMENTARY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

FOR: INVESTMENT ADVISORY SERVICES; INVESTMENT MANAGEMENT; MUTUAL FUND BROKERAGE, DISTRIBUTION AND INVESTMENT; FINANCIAL SPONSORSHIP OF CULTURAL AND PERFORMING ARTS EVENTS; PROVIDING ON-LINE INFORMATION IN THE FIELD OF INVESTMENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-30-2008; IN COMMERCE 4-30-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,286,420, 2,772,980, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INVESTMENTS", APART FROM THE MARK AS SHOWN.

SN 77-209,986, FILED 6-19-2007.

IRA J. GOODSAID, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,772,980
Registered Oct. 14, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## ARIEL FUND

ARIEL CAPITAL MANAGEMENT, INC. (ILLINOIS CORPORATION)
200 E. RANDOLPH DRIVE
SUITE 2900
CHICAGO, IL 60601 , BY ASSIGNMENT ARIEL GROWTH FUND (MASSACHUSETTS BUSINESS TRUST), DBA ARIEL INVESTMENT TRUST CHICAGO, IL 60601

FOR: MUTUAL FUND ADVISORY AND MANAGEMENT SERVICES, MUTUAL FUND BROKERAGE SERVICES, AND MUTUAL FUND DISTRIBUTION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-6-1986; IN COMMERCE 11-6-1986.

OWNER OF U.S. REG. NO. 1,286,420.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FUND", APART FROM THE MARK AS SHOWN.

SER. NO. 76-228,021, FILED 3-21-2001.

BRENDAN REGAN, EXAMINING ATTORNEY



### United States of America
#### United States Patent and Trademark Office

ARIEL'S ABCS OF MONEY

**Reg. No. 3,897,717**  ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
200 E. RANDOLPH STREET, SUITE 2900
**Registered Dec. 28, 2010** CHICAGO, IL 60601

**Int. Cl.: 36**  FOR: ONLINE INFORMATION IN THE FIELDS OF INVESTMENTS AND PERSONAL FINANCIAL MATTERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK** FIRST USE 4-15-2009; IN COMMERCE 4-15-2009.

**PRINCIPAL REGISTER** THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,286,420, 3,506,141, AND OTHERS.

SN 77-683,963, FILED 3-5-2009.

BRIDGETT SMITH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ARIEL INTERNATIONAL FUND

**Reg. No. 4,223,198**
**Registered Oct. 9, 2012**
**Amended Nov. 26, 2013**
**Int. Cl.: 36**

**SERVICE MARK**
**PRINCIPAL REGISTER**

ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
200 EAST RANDOLPH STREET, SUITE 2900
CHICAGO, IL 60601

FOR: MUTUAL FUND ADVISORY AND MANAGEMENT SERVICES, MUTUAL FUND BROKERAGE SERVICES, AND MUTUAL FUND DISTRIBUTION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-30-2011; IN COMMERCE 12-30-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,286,420, 3,506,141 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNATIONAL FUND", APART FROM THE MARK AS SHOWN.

SER. NO. 85-450,719, FILED 10-19-2011.



Commissioner for Trademarks of the
United States Patent and Trademark Office



# ARIEL GLOBAL FUND

| | |
|---|---|
| **Reg. No. 4,223,197** | ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)<br>200 EAST RANDOLPH STREET, SUITE 2900 |
| **Registered Oct. 9, 2012** | CHICAGO, IL 60601 |
| **Amended Nov. 26, 2013** | FOR: MUTUAL FUND ADVISORY AND MANAGEMENT SERVICES, MUTUAL FUND BROKERAGE SERVICES, AND MUTUAL FUND DISTRIBUTION SERVICES, IN CLASS 36 |
| **Int. Cl.: 36** | (U.S. CLS. 100, 101 AND 102). |
| | FIRST USE 12-30-2011; IN COMMERCE 12-30-2011. |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 1,286,420, 3,506,141 AND OTHERS. |
| | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLOBAL FUND", APART FROM THE MARK AS SHOWN. |
| | SER. NO. 85-450,718, FILED 10-19-2011. |



*Deborah S. Cohn*
Commissioner for Trademarks of the
United States Patent and Trademark Office



# ARIEL DISCOVERY FUND

**Reg. No. 4,025,627**  
**Registered Sep. 13, 2011**  
**Int. Cl.: 36**  
**SERVICE MARK**  
**PRINCIPAL REGISTER**

ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)  
200 E. RANDOLPH DRIVE, SUITE 2900  
CHICAGO, IL 60601

FOR: MUTUAL FUND ADVISORY AND MANAGEMENT SERVICES, MUTUAL FUND BROKERAGE SERVICES, AND MUTUAL FUND DISTRIBUTION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-31-2011; IN COMMERCE 1-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,286,420, 2,772,980, AND 3,506,141.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "DISCOVERY FUND", APART FROM THE MARK AS SHOWN.

SER. NO. 85-233,077, FILED 2-3-2011.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,657,317
Registered July 21, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

## ARIEL FOCUS FUND

ARIEL INVESTMENTS, LLC (DELAWARE LIMITED LIABILITY COMPANY)
200 E. RANDOLPH DRIVE, SUITE 2900
CHICAGO, IL 60601

FOR: MUTUAL FUND ADVISORY AND MANAGEMENT SERVICES, MUTUAL FUND BROKERAGE SERVICES, AND MUTUAL FUND DISTRIBUTION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2005; IN COMMERCE 6-30-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,772,978, 2,851,056 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FOCUS FUND", APART FROM THE MARK AS SHOWN.

SER. NO. 77-641,499, FILED 12-30-2008.

DAVID HOFFMAN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,772,978
Registered Oct. 14, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

### ARIEL APPRECIATION FUND

ARIEL CAPITAL MANAGEMENT, INC. (ILLINOIS CORPORATION)
200 E. RANDOLPH DRIVE
SUITE 2900
CHICAGO, IL 60601 , BY ASSIGNMENT ARIEL GROWTH FUND (MASSACHUSETTS BUSINESS TRUST), DBA ARIEL INVESTMENT TRUST CHICAGO, IL 60601

FOR: MUTUAL FUND ADVISORY AND MANAGEMENT SERVICES, MUTUAL FUND BROKERAGE SERVICES, AND MUTUAL FUND DISTRIBUTION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-1-1989; IN COMMERCE 12-1-1989.

OWNER OF U.S. REG. NO. 1,286,420.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "APPRECIATION FUND", APART FROM THE MARK AS SHOWN.

SER. NO. 76-228,019, FILED 3-21-2001.

BRENDAN REGAN, EXAMINING ATTORNEY