AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| Ariel Investments, LLC | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 15-cv-3717 |
| Ariel Capital Advisors LLC | ) ) ) ) ) | Honorable Matthew F. Kennelly<br>Magistrate Judge Daniel G. Martin |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Ariel Capital Advisors LLC
c/o Christopher P. Bray, Registered Agent
9132 Strada Place
2nd Floor
Naples, FL 34108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Arthur Gollwitzer III
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

THOMAS G. BRUTON, CLERK

*Natalie D. Milby*

(By) DEPUTY CLERK

*Signature of Clerk or Deputy Clerk*

April 29, 2015

DATE

## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF ILLINOIS

CASE NUMBER: 15-CV-3717

__Daniel McKeon__, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons; Complaint; Exhibits A-D** to **Ariel Capital Advisors LLC c/o Christopher P. Bray, Registered Agent** located at **9132 Strada Place, 2nd Floor, Naples, FL 34108** resulting in:

__X__ Personal service on the defendant/respondent/witness on the __29__ day of __April__, 2015 at __2:30__ __P__.M.

_____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____
_____
_____
_____
_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | M | Hair Color/Style: | Gray |
| Race: | White | Height (approx.): | 6'1" |
| Age (approx.): | 55+ | Weight (approx.): | 240 |

Noticeable Features/Notes: _____

Signed and Sworn to before me
This __4__ day of __May__ 2015.

Notary Public

Served By: _[signature]_

Title: Process Server 157975

15-05464

NOTARY PUBLIC - STATE OF FLORIDA
Cheryl Parker Averill
Commission # EE114829
Expires: AUG. 03, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

Service was completed by an independent contractor retained by It's Your Serve, Inc.