# EXHIBIT 1



# Detail by Entity Name

**Florida Limited Liability Company**

ARIEL CAPITAL ADVISORS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000177407 |
| **FEI/EIN Number** | 46-4404029 |
| **Date Filed** | 12/27/2013 |
| **Effective Date** | 01/01/2014 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

9132 STRADA PLACE, 2ND FLOOR
NAPLES, FL 34108

Changed: 08/28/2014

**Mailing Address**

9132 STRADA PLACE, 2ND FLOOR
NAPLES, FL 34108

**Registered Agent Name & Address**

BRAY, CHRISTOPHER P
Christopher P. Bray Associates, LLC
9132 Strada Place
2nd Floor
NAPLES, FL 34108

Address Changed: 01/23/2015

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

BRAY, CHRISTOPHER
Christopher P. Bray Associates, LLC
9132 Strada Place
2nd Floor
NAPLES, FL 34108

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 01/23/2015 |

## Document Images

| | |
|---|---|
| 01/23/2015 -- ANNUAL REPORT | View image in PDF format |
| 12/27/2013 -- Florida Limited Liability | View image in PDF format |

Copyright © and Privacy Policies
State of Florida, Department of State