# EXHIBIT 2

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| ARIEL INVESTMENTS, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case Number: 15-cv-03717 |
| ARIEL CAPITAL ADVISORS LLC, | ) Judge: Hon. Matthew F. Kennelly |
| Defendant. | ) |

## DECLARATION OF CHRISTOPHER P. BRAY

I, Christopher P. Bray, declare as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth in this Declaration. Except as otherwise stated, the facts set forth in this Declaration are based on my personal knowledge and, if called upon to do so, I could and would testify competently to the truth of the matters stated below.

2. I am a managing partner and member of Ariel Capital Advisors LLC ("ACA"), a Florida limited liability company.

3. ACA's principal place of business is located at 9132 Strada Place, Second Floor, Naples, Florida 34108.

4. My private residence is located in Naple, Florida.

5. None of ACA's members are residents in or citizens of Illinois.

6. ACA has never had any contacts with the state of Illinois, purposeful or otherwise.

7. ACA has never had any continuous or systematic contacts with the state of Illinois.

8. ACA has never had any mail or wire communications with the State of Illinois.

9. ACA has never conducted any business in or directed at the state of Illinois.

1

10. ACA has never engaged in any transaction in the state of Illinois.

11. ACA has never engaged in any conduct directed at Illinois.

12. ACA has never taken any action expressly aimed at the state of Illinois.

13. ACA has not advertised in Illinois.

14. ACA has no offices in Illinois.

15. ACA has no agents in Illinois.

16. ACA owns no property in Illinois.

17. ACA has no telephone listings in Illinois.

18. ACA has no employees in Illinois.

19. ACA has no bank accounts in Illinois.

20. ACA does not earn any revenue from operating any business in Illinois and has not paid taxes in Illinois because it has no obligation to do so.

21. Before this suit, ACA had never sued or been sued in Illinois, and ACA has never had legal process served on it in Illinois.

22. No Illinois court has ever exercised personal jurisdiction over ACA, and no court has ever found ACA subject to suit in Illinois.

Pursuant to 28 USC § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and is based upon my personal knowledge.

Dated: June 10, 2015

Respectfully submitted,

By: _____
Christopher P. Bray, President
Ariel Capital Advisors LLC