UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARIEL INVESTMENTS, LLC, <br> Plaintiff, <br><br> v. <br><br> ARIEL CAPITAL ADVISORS LLC, <br> Defendant. | ) <br> ) <br> ) Case Number: 1:15-cv-3717 <br> ) <br> ) Judge: Hon. Matthew F. Kennelly <br> ) <br> ) <br> ) |

## DECLARATION OF ADAM WOLEK IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND/OR TO TRANSFER

I, Adam Wolek, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Illinois. I am an attorney at the law firm of Wolek & Noack and have been retained as counsel for Defendant Ariel Capital Advisors LLC ("ACA") in this matter. The following declaration is based on my personal knowledge. If called upon to testify, I could testify competently as to the matters set forth herein.

2. Attached as Exhibit 1 is a true and correct copy of the Florida Department of State, Divisions of Corporations website listing Ariel Capital Advisors LLC as a Florida company and having its principal place of business in 9132 Strada Place, 2nd Floor, Naples, FL 34108.

3. Attached as Exhibit 3 is a true and correct copy of the Google Maps representation of the distance between Ariel Capital Advisors LLC's principal place of business at 9132 Strada Place, 2nd Floor, Naples, FL 34108 to the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, IL 60604, and a true and correct copy of the Google Maps representation of the distance between Ariel Capital Advisors LLC's principal

place of business at 9132 Strada Place, 2nd Floor, Naples, FL 34108 to the U.S. District Courthouse at 2110 First Street, Ft. Myers, Florida 33901.

4. Attached as Exhibit 4 is a true and correct copy of the Administrative Office of the U.S. Courts, 2014 Annual Report of the Director: Judicial Business of the United States Courts (2015), Table C-1, Civil Cases Commenced, Terminated, and Pending, and a true and correct copy of the Administrative Office of the U.S. Courts, 2014 Annual Report of the Director: Judicial Business of the United States Courts (2015), Table C-5, Median Time Intervals From Filing to Disposition of Civil Cases.

5. I hereby declare under penalty of perjury under the laws of the United States of America and pursuant to 28 USC § 1746 that the foregoing is true and correct and is based upon my personal knowledge.

Dated this 10th day of June, 2015, at Chicago, Illinois.

*Adam Wolek*
*Attorney for Defendant Ariel Capital Advisors LLC*