UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>ARIEL CAPITAL ADVISORS LLC,<br>　　　　　　　Defendant. | )<br>)<br>) Case Number: 1:15-cv-3717<br>)<br>) Judge: Hon. Matthew F. Kennelly<br>)<br>)<br>) |

## NOTICE OF MOTION

**TO**:
Arthur Gollwitzer, III
agollwitzer@michaelbest.com
Larry Saret
llsaret@michaelbest.com
Luke Demarte
lwdemarte@michaelbest.com
Zachary Watters
zjwatters@michaelbest.com
Michael Best & Friedrich LLP (Illinois)
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601

**PLEASE TAKE NOTICE** that on June 16, 2015, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead in courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present Defendant's motion to dismiss Plaintiff's complaint for lack of jurisdiction, improper venue, and/or to transfer, attached hereto.

Dated:  June 10, 2015                                  RESPECTFULLY SUBMITTED,


By:_____/s/ Brian T. Noack_____
One of the attorneys for Defendant

Brian Noack
Adam Wolek
WOLEK & NOACK
70 East Lake St., Suite 1220
Chicago, IL 60601
P 239.671.1103
F 708.843.0509

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 10, 2015, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated:  June 10, 2015                          WOLEK & NOACK


                                               By:     /s/ Brian T. Noack
                                               Brian Noack