**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ARIEL INVESTMENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-3717 |
| | ) | |
| ARIEL CAPITAL ADVISORS LLC | ) | |
| | ) | **Jury Trial Demanded** |
| Defendant. | ) | |

**Notice of Motion**

TO: Adam Wolek
Brian Noack
Wolek and Noack
70 East Lake Street, Suite 1220
Chicago, IL  60601

PLEASE TAKE NOTICE that on Monday, June 29, 2015, at 9:30 a.m., at the already-scheduled status conference in this matter, or as soon thereafter as counsel may be heard, plaintiff Ariel Investments, LLC shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2103, Chicago, Illinois, to present their **Motion to Conduct Jurisdictional Discovery**.

-2-

| | |
|---|---|
| Dated: June 19, 2015 | By: /s/ Arthur Gollwitzer III |
| | Arthur Gollwitzer III (6225038) |
| | agollwitzer@michaelbest.com |
| | Luke W. DeMarte (6269621) |
| | lwdemarte@michaelbest.com |
| | Larry L. Saret (2459337) |
| | llsaret@michaelbest.com |
| | Zachary J. Watters (6310675) |
| | zjwatters@michaelbest.com |
| | MICHAEL BEST & FRIEDRICH LLP |
| | Two Prudential Plaza |
| | 180 N. Stetson Avenue, Suite 2000 |
| | Chicago, Illinois 60601 |
| | Tel: (312) 222-0800 |
| | Fax: (312) 222-0818 |
| | |
| | ***Attorneys for Plaintiff,*** |
| | ***Ariel Investments, LLC*** |

**Certificate of Service**

  I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on June 19, 2015, I caused a copy of the following document:

**Notice of Motion to Conduct Jurisdictional Discovery**

to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

  Adam Wolek
  Brian Noack
  Wolek and Noack
  70 East Lake Street, Suite 1220
  Chicago, IL  60601

           */s/ Arthur Gollwitzer III*
           Arthur Gollwitzer III