# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ariel Investments, LLC

                       Plaintiff,

v.                                         Case No.: 1:15−cv−03717
                                         Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 29, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 6/29/2015. Motion for discovery [20] is granted. Discovery is to be provided per plaintiff's motion. Responses to motion to dismiss/lack of jurisdiction [16] are due by 8/5/2015; replies due by 8/26/2015. Ruling on motion to dismiss [16] and status hearing set for 9/16/2015 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.