UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC )<br>)<br>         Plaintiff, )<br>)<br>v. )<br>)<br>ARIEL CAPITAL ADVISORS LLC )<br>)<br>         Defendant. ) | Case No. 15-cv-3717<br><br>**Jury Trial Demanded** |

### Joint Motion to Enter Protective Order

The parties jointly request entry of the proposed Protective Order in this action for the following reasons:

1. On June 29, 2015, the Court granted Plaintiff's Motion to Conduct Jurisdictional Discovery. (Dkt. #23.)

2. Since that time the parties, through their respective counsel, have met and conferred regarding the need for and terms of a proposed Protective Order. The purpose of the proposed Protective Order is to preserve the confidentiality of certain specified types of documents and information.

3. The parties, through their respective counsel, have made minor revisions to the model protective order included in the Northern District of Illinois' Local Patent Rules. Attached to this Motion as Exhibit A is a redline of the proposed Protective Order highlighting the changes made from the model protective order.

4. Accordingly, the parties jointly request the Court enter the proposed Protective Order attached as Exhibit B.

Dated: July 22, 2015   By: /s/ Arthur Gollwitzer III
                         Arthur Gollwitzer III (6225038)
                            agollwitzer@michaelbest.com
                         Luke W. DeMarte (6269621)
                            lwdemarte@michaelbest.com
                         Larry L. Saret (2459337)
                            llsaret@michaelbest.com
                         Zachary J. Watters (6310675)
                            zjwatters@michaelbest.com
                         MICHAEL BEST & FRIEDRICH LLP
                         Two Prudential Plaza
                         180 N. Stetson Avenue, Suite 2000
                         Chicago, Illinois 60601
                         Tel: (312) 222-0800
                         Fax: (312) 222-0818

                         *Attorneys for Plaintiff,*
                         *Ariel Investments, LLC*


                       By: /s/ Adam Wolek
                         Adam Wolek
                         Brian Noack
                         Wolek and Noack
                         70 East Lake Street, Suite 1220
                         Chicago, IL 60601
                         Tel: (239) 671-1103
                         Fax: (708) 843-0509

                         *Attorneys for Defendant*
                         *Ariel Capital Advisors, LLC*

- 2 -

- 3 -

## Certificate of Service

  I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on July 22, 2015, I caused a copy of the following document:

## Joint Motion to Enter Protective Order

to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

    Adam Wolek
    Brian Noack
    Wolek and Noack
    70 East Lake Street, Suite 1220
    Chicago, IL  60601

           */s/ Arthur Gollwitzer III*
           Arthur Gollwitzer III