UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARIEL CAPITAL ADVISORS LLC )<br>)<br>Defendant. ) | Case No. 15-cv-3717<br><br>**Jury Trial Demanded** |

### Notice of Joint Motion

TO:  Adam Wolek
 Brian Noack
 Wolek and Noack
 70 East Lake Street, Suite 1220
 Chicago, IL  60601

PLEASE TAKE NOTICE that on Thursday, July 30, 2015, at 9:30 a.m, or as soon thereafter as counsel may be heard, plaintiff Ariel Investments, LLC shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2103, Chicago, Illinois, to present their **Joint Motion to Enter Protective Order**.

Dated: July 22, 2015                By: /s/ Arthur Gollwitzer III
               Arthur Gollwitzer III (6225038)
                agollwitzer@michaelbest.com
               Luke W. DeMarte (6269621)
                lwdemarte@michaelbest.com
               Larry L. Saret (2459337)
                llsaret@michaelbest.com
               Zachary J. Watters (6310675)
                zjwatters@michaelbest.com
               MICHAEL BEST & FRIEDRICH LLP
               Two Prudential Plaza
               180 N. Stetson Avenue, Suite 2000
               Chicago, Illinois 60601
               Tel: (312) 222-0800
               Fax: (312) 222-0818

               ***Attorneys for Plaintiff,***
               ***Ariel Investments, LLC***

## **Certificate of Service**

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on July 22, 2015, I caused a copy of the following document:

## **Notice of Joint Motion**

to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois by electronic (ECF) filing, which provides service for the following counsel of record by e-mail delivery:

>Adam Wolek
>Brian Noack
>Wolek and Noack
>70 East Lake Street, Suite 1220
>Chicago, IL 60601

*/s/ Arthur Gollwitzer III*
Arthur Gollwitzer III