# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Ariel Investments, LLC

                        Plaintiff,

v.                                              Case No.: 1:15−cv−03717

                                                        Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the ruling and status hearing date of 9/16/2015 is vacated and reset to 10/7/2015 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.