**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Ariel Investments, LLC
                          Plaintiff,

v.                                          Case No.: 1:15−cv−03717
                                                      Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 5, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the parties' request, the status and ruling date of 10/21/2015 is vacated and reset for 10/29/2015 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.