# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Ariel Investments, LLC

                                  Plaintiff,

v.                                                   Case No.: 1:15−cv−03717
                                                   Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 10/29/2015. Rule 26(a)(1) disclosures are due by 11/25/2015. Status hearing is continued to 12/7/2015 at 9:00 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.