UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARIEL INVESTMENTS, LLC, <br><br>Plaintiff, <br><br>v. <br><br>ARIEL CAPITAL ADVISORS LLC, <br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:15-cv-3717<br>)<br>) Judge: Hon. Matthew F. Kennelly<br>)<br>)<br>)<br>) |

**DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Ariel Capital Advisors LLC, by and through its attorneys, Wolek & Noack, respectfully move this Court for entry of an order extending the time for Defendant to answer or otherwise plead to the Complaint to December 2, 2015. In support of this motion, Defendant states as follows:

1. Plaintiff filed the instant Complaint on April 28, 2015. Dkt. 1.

2. Defendant filed a Motion to Dismiss for lack of jurisdiction on June 10, 2015. Dkt. 16.

3. On October 29, 2015, the Court denied Defendant's Motion to Dismiss. Dkt. 44.

4. Counsel requires additional time to address the factual and legal issues raised by the Complaint, and to accommodate the upcoming Thanksgiving holiday.

5. Accordingly, Defendant requests a two-week extension to December 2, 2015 to answer or otherwise plead and respond to the Complaint.

6. Defendant represents that its counsel corresponded with Arthur Gollwitzer, one of the attorneys for Plaintiff, on November 15, 2015, and that Mr. Gollwitzer informed him that

1

Plaintiff agrees to the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that this Court grant this motion for an extension of time to answer or otherwise plead to Plaintiff's Complaint up to and including December 2, 2015, and for all other relief this Court deems just and proper.

Dated: November 16, 2015            Respectfully submitted,

By: /s/ Brian T. Noack
One of the attorneys for Defendant

Brian T. Noack
Adam Wolek
WOLEK & NOACK
70 East Lake St., Suite 1220
Chicago, Illinois 60601
P 239.671.1103
F 708.843.0509

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on November 16, 2015, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: November 16, 2015                WOLEK & NOACK


                                        By:    /s/ Brian T. Noack
                                        Brian Noack