UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARIEL INVESTMENTS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case Number: 15-cv-03717 |
| ARIEL CAPITAL ADVISORS LLC, | ) Judge: Hon. Matthew F. Kennelly |
| Defendant. | ) |

**Notice of Motion**

TO: Arthur Gollwitzer III
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on November 19, 2015, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present the following motion attached hereto.

Dated: November 16, 2015

Respectfully submitted,

By: /s/ Brian T. Noack
One of the attorneys for Defendant

Brian Noack
WOLEK & NOACK
70 East Lake St., Suite 1220
Chicago, Illinois 60601
P 239.671.1103
F 708.843.0509

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on November 16, 2015, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: November 16, 2015                WOLEK & NOACK

                                            By: /s/ Brian T. Noack
                                            Brian Noack