# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ariel Investments, LLC

                            Plaintiff,

v.                                                 Case No.: 1:15−cv−03717
                                                    Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 18, 2015:

       MINUTE entry before the Honorable Matthew F. Kennelly: Defendant's agreed motion to extend time is granted. Answer to complaint is to be filed by 12/2/2015. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.