UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARIEL INVESTMENTS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case Number: 15-cv-03717 |
| ARIEL CAPITAL ADVISORS LLC, | ) ) Judge: Hon. Matthew F. Kennelly |
| Defendant. | ) ) ) ) |

**Notice of Motion**

TO: Arthur Gollwitzer III
Larry Saret
Zachary Watters
Luke Demarte
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on November 24, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, defendant Ariel Capital Advisors LLC shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its Motion for Reconsideration or To Amend Order To Add Certification For Interlocutory Appeal.

1

Dated: November 19, 2015            Respectfully submitted,

           By: /s/ Brian T. Noack
Adam Wolek
Brian Noack
WOLEK & NOACK
70 East Lake St., Suite 1220
Chicago, Illinois 60601
P 239.671.1103
F 708.843.0509
***Attorneys for Defendant Ariel Capital Advisors LLC***

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on November 19, 2015, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: November 19, 2015                      WOLEK & NOACK

                                                         By: /s/ Brian T. Noack
                                                         Brian Noack