# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ariel Investments, LLC

                       Plaintiff,

v.                                       Case No.: 1:15−cv−03717
                                                Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 11/24/2015. Response to motion for reconsideration [49] regarding whether there should be an evidentiary hearing is due by 12/4/2015 Reply, if any, is due by 12/7/2015. Motion Hearing set for 12/9/2015 at 9:30 a.m. The 12/7/2015 status hearing is vacated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.