# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ariel Investments, LLC

                    Plaintiff,

v.                                   Case No.: 1:15−cv−03717

                                   Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 5/24/2016. Motion to amend/correct [85] is granted. Plaintiff has until 6/7/2016 to move to strike affirmative defense; defendant has until 6/27/2016 to respond. The 6/1/2016 status hearing is vacated. Ruling on motion to strike and status hearing is set for 6/28/2016 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.