UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-3717 |
| ) | |
| ARIEL CAPITAL ADVISORS LLC ) | |
| ) | |
| Defendant. ) | |

**Plaintiff Ariel's Motion for Partial Summary Judgment**

The Court should enter partial summary judgment in favor of plaintiff Ariel Investments, LLC ("Ariel") on its Sections 32 and 43 Lanham Act claims against defendant Ariel Capital Advisors LLC ("Ariel Capital") pursuant to Federal Rule of Civil Procedure 56.

Ariel has been using "Ariel" in its company name and service mark non-stop since 1983, and today is a nationally-known, award-winning financial services firm with more than $10 billion in assets under its management. In January 2014, Christopher Bray founded Ariel Capital and decided to use "Ariel" in the name for his financial services business, armed with full knowledge that he was infringing Ariel's long-standing service mark rights. Thus, it is not surprising that Mr. Bray's decision to use the ***same name*** for a business offering the ***same services*** has led to actual confusion between the two firms. Nevertheless, Mr. Bray has refused to stop infringing in the face of Ariel's superior service mark rights.

This Motion is supported by an accompanying Memorandum, a Statement of Material Facts, and supporting exhibits.

WHEREFORE, Ariel respectfully moves this Court for entry of partial summary judgment on its two Lanham Act Claims and an order (i) enjoining Ariel Capital and all persons

- 2 -

and entities acting in concert with Ariel Capital from infringing the ARIEL Marks; and (ii) awarding Ariel damages, prejudgment interest, costs, and attorneys' fees as specified in its Memorandum.

Dated:  October 7, 2016	By: */s/ Zachary J. Watters*
Arthur Gollwitzer III (6225038)
  agollwitzer@michaelbest.com
Luke W. DeMarte (6269621)
  lwdemarte@michaelbest.com
Larry L. Saret (2459337)
  llsaret@michaelbest.com
Zachary J. Watters (6310675)
  zjwatters@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 N. Stetson Avenue, Suite 2000
Chicago, Illinois  60601
Tel:  (312) 222-0800
Fax:  (312) 222-0818

***Attorneys for Plaintiff Ariel Investments, LLC***

## Certificate of Service

       I, Zachary J. Watters, an attorney of record in this matter, certify that on October 7, 2016, I caused a copy of the following document:

**Plaintiff Ariel's Motion for Partial Summary Judgment**

to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois by electronic (ECF) filing, which provides service for the following counsel of record by email delivery:

    Adam Wolek
    Brian Noack
    Wolek and Noack
    333 South Wabash Avenue
    Suite 2700
    Chicago, IL 60604
    adamw@wonoip.com
    briann@wonoip.com

    Christopher Paul Bray
    Christopher P. Bray Associates, LLC
    9115 Corsea Del Fontana Way, Suite 200
    Naples, FL 34109
    cpbray@cpbrayassociates.com

                                                    */s/ Zachary J. Watters*
                                                    Zachary J. Watters