UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) Case No. 15-cv-3717 |
| ARIEL CAPITAL ADVISORS LLC | ) Judge: Hon. Matthew F. Kennelly |
| Defendant/Counter-Plaintiff. | ) |

**UNOPPOSED EMERGENCY MOTION TO EXCEED PAGE LIMITATION**[1]

Defendant Ariel Capital Advisors, LLC ("ACA"), by and through its attorneys, Wolek & Noack, respectfully requests that it be given leave to file its brief in support of Defendant's Combined Motions *In Limine* in excess of 15 pages. Plaintiff's counsel does not oppose this Motion. Defendant met and conferred with Plaintiff on Monday, January 16, 2017, and Tuesday, January 17, 2017. Based upon discussion with opposing counsel, Defendant reasonably believed that some of the issues in dispute were or would be resolved. However, on a call this afternoon, January 18, 2017, Plaintiff's counsel refused to concede any issues. This leaves Defendant with 13 topics. Defendant's brief contains necessary substantive content relevant to each issue that should be considered. Accordingly, Defendant requests leave to file a brief of 18 pages in support of its Combined Motions *In Limine*.

---

[1] Please note that this Motion supersedes the previously filed Motion. (Dkt. 158.) Defendant received notice that Plaintiff does not oppose this Motion, after it had already filed.

Dated: January 18, 2016	RESPECTFULLY SUBMITTED,


By:	/s/ Brian T. Noack
Brian Noack
Adam Wolek
WOLEK & NOACK
333 S Wabash Ave., Suite 2700
Chicago, IL 60604
P: 312.860.9006
F: 708.843.0509
*Counsel for Ariel Capital Advisors LLC*

## CERTIFICATE OF SERVICE

 The undersigned certifies that, on January 18, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: January 18, 2017          WOLEK & NOACK

                  By: /s/ Brian T. Noack
                  Brian T. Noack