UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 15-cv-3717 |
| | ) |
| ARIEL CAPITAL ADVISORS LLC | ) Judge: Hon. Matthew F. Kennelly |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

## Notice of Motion

**PLEASE TAKE NOTICE** that on January 19, 2017, or as soon thereafter as counsel may be heard, Defendant Ariel Capital Advisors LLC shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead in courtroom 2108 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its Unopposed Emergency Motion for Leave to Exceed Page Limitation.

Dated: January 18, 2017

By:/s/ Brian T. Noack
Adam Wolek
Brian T. Noack
Wolek & Noack
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604
P: 312.860.9006
F: 708.843.0509
adamw@wonoip.com
briann@wonoip.com
*Counsel for Plaintiff Ariel Capital Advisors LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 18, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Date: January 18, 2017

By:/s/ Brian T. Noack_____
Brian T. Noack
