# EXHIBIT 21
# FILED UNDER SEAL

# EXHIBIT 22
# FILED UNDER SEAL

# EXHIBIT 23

# Ariel Marie Bray

Search this site

Ariel Marie and Daniel Paul Bray

**2009**
- Ariel - Day One
- Ariel - Day Two
- Ariel at Home
- Ariel's First Bath
- August
- December
- October
- Proud Grandmas
- Santa's Helper
- September
- The Photo Shoot

**2010**
- 2010-1 January
- 2010-2 February
- 2010-3 March
- 2010-4 April
- 2010-5 May
- 2010-6 June
- 2010-7 July
- 2010-7 July pics
- 2010-8 Birthday Pics
- 2010-8 Birthday!
- 2010-9 September
- 2010-a October
- 2010-b November
- 2010-c December
- Ariel - Snazzy Dresser
- Ariel in April
- Easter Ariel (and more)

## Ariel Marie and Daniel Paul Bray



Hi Family and Friends - we built this web page so that we can provide updates on Ariel Marie Bray and Daniel Paul Bray.

Ariel Marie Bray was born at 1:20 pm on Friday, August 21, 2009 weighing 7 lbs and 11 ounces and measuring 21 inches in length.
Ariel is a Hebrew name which means "Lion of God."

Daniel Paul Bray was born at 9:13 am on Monday, February 25, 2013 weighing 8 lbs and 7 ounces and measuring 20 inches in length.
Daniel is a Hebrew name which means "God is my Judge."

"For you created my inmost being; you knit me together in my mother's womb.
I praise you because I am fearfully and wonderfully made;
your works are wonderful, I know that full well." *Psalms 139:13-14*

ACA000985

# EXHIBIT 24

# Ariel Marie Bray

Ariel Marie and Daniel Paul Bray

**2009**
Ariel - Day One
Ariel - Day Two
Ariel at Home
Ariel's First Bath
August
December
October
Proud Grandmas
Santa's Helper
September
The Photo Shoot

**2010**
2010-1 January
2010-2 February
2010-3 March
2010-4 April
2010-5 May
2010-6 June
2010-7 July
2010-7 July pics
2010-8 Birthday Pics
2010-8 Birthday!
2010-9 September
2010-a October
2010-b November
2010-c December
Ariel - Snazzy Dresser
Ariel in April
Easter Ariel (and more)

## Ariel Marie and Daniel Paul Bray



Hi Family and Friends - we built this web page so that we can provide updates on Ariel Marie Bray and Daniel Paul Bray.

Ariel Marie Bray was born at 1:20 pm on Friday, August 21, 2009 weighing 7 lbs and 11 ounces and measuring 21 inches in length.
Ariel is a Hebrew name which means "Lion of God."

Daniel Paul Bray was born at 9:13 am on Monday, February 25, 2013 weighing 8 lbs and 7 ounces and measuring 20 inches in length.
Daniel is a Hebrew name which means "God is my Judge."

"For you created my inmost being; you knit me together in my mother's womb.
I praise you because I am fearfully and wonderfully made;
your works are wonderful, I know that full well." *Psalms 139:13-14*

ACA000844



**EXHIBIT 25**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


                                CASE NO. 15-cv-3717

ARIEL INVESTMENTS, LLC,


        Plaintiff(s),

v.

ARIEL CAPITAL ADVISORS LLC,


        Defendant(s).
_____/


**VIDEOTAPED DEPOSITION OF**
**CHRISTOPHER P. BRAY**


    Taken on Behalf of the Plaintiff



        DATE TAKEN:     July 22, 2015
        TIME:           9:55 a.m.
        PLACE:          Goldman Felcoski & Stone
                        Naples, Florida



    Examination of the witness taken before:

        Elizabeth M. Brooks, RPR, FPR
          2650 Airport Road South
            Naples, FL  34112

1      Q      Anyone else?

2      A      God.

3      Q      Okay.  How did you pick the name?

4      A      Prayed about it.

5      Q      Okay.

6      A      Consulted with my wife, and decided to name

7  the firm after our daughter, who was -- my daughter is

8  actually -- so my wife and I have been substantial

9  contributors to a Christian ministry known as

10 Ariel Ministries.  It's been around for decades.  And

11 their main purpose is to show that Jesus of Nazareth or

12 Jesus Christ is the Messiah that -- of Israel that is

13 discussed in the Hebrew scriptures.  And it's a very --

14 it's a ministry that's very much devoted to supporting

15 the Nation of Israel.

16           So we've been supporters of that ministry for

17 a long time.  And "Ariel" is a biblical name that's --

18 as my letter describes.  It's 5,000 years old.  It's a

19 Hebrew name.  It means "Lion of God," and quite a few

20 Jewish folks are named Ariel.  Ariel Sharon, of course,

21 is named after that biblical, ancient word.

22           When we were -- we had trouble finding -- or

23 having a child, and, once we had -- got pregnant, we

24 thought -- we knew we were having a girl.  We thought,

25 what kind of name should we have?  And so we prayed

1  about it, and one of the answers to prayer we got was,

2  name it after this ministry and this cause that you've

3  been partnering with.

4         So we decided it was a -- it's a masculine

5  name, Ariel.  It means lion of God.  We were concerned

6  about having a masculine name, but then we thought, no,

7  let's -- we're okay with that.

8         And then our other concern after that was,

9  everyone -- you know, the name "Ariel" is ubiquitous for

10  the Disney character.  You know, when you say "Ariel,"

11  you know you're talking about the Disney character.

12         So we were definitely concerned, are people

13  going to think our daughter is named after this goofy

14  Disney character?  Because when you say "Ariel," Disney.

15  So that was a concern.  But after we prayed about it we

16  just thought, you know what, no, we're gonna -- if -- if

17  that issue comes up, it will be the opportunity for

18  tell -- to tell people, no, she wasn't named after a

19  Disney character, she was named after the ancient Hebrew

20  word, which means lion of God, which also is another

21  name for the City of Jerusalem.

22         So we named our daughter -- she was a miracle,

23  really.  So we named our daughter Ariel.  And when it

24  came to naming the firm, I just -- the experience I had

25  gone through in terms of departing from my prior firm,

1   based on circumstances that were outside of my control,

2   it was somewhat of a miracle or would be a miracle, I

3   would think, that -- how things would come off.

4          So we just faithfully said -- you know, we

5   were grateful for what happened in our lives with regard

6   to the birth of our daughter and we wanted to name the

7   firm based on the name of my daughter, but also invoking

8   the ministry we had been serving and partnering with for

9   a number of years.

10      Q    Did you perform -- and when I say "you," you

11  or ACA, perform any trademark search?

12      A    No.

13      Q    Did you do any sort of Google search to see if

14  any other financial services businesses used the name

15  "Ariel"?

16      A    My recollection is that the name my wife and I

17  first discussed was Ariel Wealth Advisors.  And I

18  believe that we really liked that name.  I Googled that

19  name, because I was concerned that, well, what if there

20  is another Ariel Wealth Advisors?  And so when I

21  discovered that there was an Ariel Wealth Advisors

22  that's been operating out of New Jersey as a registered

23  investment advisory firm since 2009, I thought, I'd

24  better not -- that's not going to be -- you know, I

25  don't want to take another firm's name.

# EXHIBIT 26

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARIEL INVESTMENTS, LLC,

                    Plaintiff,

vs.
                                        Case No. 15-cv-3717

ARIEL CAPITAL ADVISORS, LLC,

                    Defendant.

_____

VIDEO 30(b)(6)
DEPOSITION OF:        CHRISTOPHER P. BRAY

DATE TAKEN:          June 1, 2016

TIME:                9:44 a.m. to 4:38 p.m.

PLACE:               GOLDMAN FELCOSKI & STONE, P.A.
                     745 12th Avenue South
                     Naples, Florida 34102

BEHALF OF:           The Plaintiff

REPORTER:            Tammy L. Betz, RPR, FPR

_____

VON AHN ASSOCIATES, INC.
Registered Professional Reporters
2271 McGregor Boulevard, Second Floor
Fort Myers, Florida 33901
Phone:  (239) 332-7443  FAX:  (239) 332-4066
Offices in Naples • South Fort Myers • Punta Gorda



1          MR. GOLLWITZER:  Object to the form of the

2      question.

3  BY MR. WOLEK:

4      Q.   I only have a few more questions.

5          Mr. Bray, what inspired you to come up with

6  the name, Ariel Capital Advisors?

7      A.   My family is -- has significant involvement

8  with Ariel Ministries.  We have for 15 years.  Through

9  that involvement was aware and through study of these

10  materials was aware that the word, Ariel, is a 5,000

11  year old Hebrew ne -- name in the bible, and it means

12  lion of God.

13          And when we were going to have our daughter,

14  we were considering names for her.  And one of the names

15  that was proposed was Ariel, because it -- it's a Hebrew

16  word that means lion of God.  It's a biblical word,

17  5,000 years old by the way.

18          And after praying about it, we decided to name

19  our daughter lion of God, the Hebrew word being Ariel.

20  After doing that, we were very fond of our daughter, of

21  course, and her name, because of what it means.  And it

22  was somewhat of a miracle in terms of having that child.

23  We spent a lot of time trying to have a child.  And it

24  was somewhat miraculous in her conception and birth.  So

25  the name means a lot to us.

1          And before the forming of Ariel Capital

2     Advisors, I had a significant falling-out in a prior

3     firm I was involved with that was very difficult and

4     very trying.  And the fact that the new firm was able to

5     be established somewhat miraculously -- the -- the fact

6     that it was able to do as well as it did or we were able

7     to bring as many clients as we were able to bring also

8     inspired us to name the firm after our daughter, who is

9     named based on the biblical word, Ariel, which means

10    lion of God.

11         Q.   When you advertise using the name, Ariel

12    Capital Advisors, do you have any logos that are next to

13    the name, Ariel Capital Advisors?

14         A.   We do.

15         Q.   What is that logo?

16         A.   It's a logo of a lion, because the word,

17    Ariel, is a Hebrew word that means lion of God, and

18    there would be no reason to have any other

19    representation other than what the word means, which is

20    a lion.

21         Q.   You had testified earlier to Googling whether

22    Ariel Capital Advisors was taken; is that correct?

23         A.   Correct.

24         Q.   When you performed that online search, did you

25    see Ariel Investments in that search?





# EXHIBIT 27

Bible. English

# ANNOTATIONS

UPON

# THE HOLY BIBLE;

WHEREIN

THE SACRED TEXT IS INSERTED, AND VARIOUS READINGS ANNEXED,

TOGETHER WITH THE PARALLEL SCRIPTURES;

THE MORE DIFFICULT TERMS IN EACH VERSE ARE EXPLAINED, SEEMING CONTRADICTIONS
RECONCILED, QUESTIONS AND DOUBTS RESOLVED, AND THE WHOLE TEXT OPENED.

## BY MATTHEW POOL.

They read in the book in the law of God distinctly, and gave the sense, and caused them to understand the reading.—NEH. viii. 8.

Understandest thou what thou readest? How can I, except some man should guide me?—ACTS viii. 30, 31.

IN THREE VOLUMES.

VOL. II.

NEW YORK:

ROBERT CARTER AND BROTHERS, 285, BROADWAY.

MDCCCLIII.

ACA000959

Digitized by Google

where he fought against the Philistines, 2 Sam. v. 20. *The valley of Gibeon*; where he fought against the Canaanites, Josh. x. 10, &c., and afterwards against the Philistines, 1 Chron. xiv. 16. *His strange work*; the execution of his judgment against Israel, which he calleth his *strange work*, to intimate either, 1. That God would punish them not with ordinary punishments, but in a most dreadful, and singular, and extraordinary manner; such a judgment being called *a marvellous work*, Isa. xxix. 14, although the Hebrew word there used be not the same with this, but of a much differing signification. Or rather, 2. That this work of bringing total and irrecoverable destruction upon Israel was contrary to the benignity of his own nature, and to the usual way of dealing with his people, whom he used and delighted to protect, and spare, and bless; and whom, even when he is angry with them, and punisheth them, he handleth more gently than he doth other persons, in judgment remembering mercy to them, as was noted, Isa. xxvii. 7, 8: see also chap. xxvi. 11.

22 Now therefore be ye not mockers, lest your bands be made strong: for I have heard from the Lord God of hosts ^q^a consumption, even determined upon the whole earth.

<span style="font-size:small">q ch. 10. 22,
23. Dan. 9.
27.</span>

*Be ye not mockers*; for your own sakes do not make a mock of God's word and threatenings, as you use to do. *Lest your bands be made strong*; lest thereby you make the judgments of God, which are oft compared to *bands*, as Psal. lxvi. 11; lxxiii. 4, and elsewhere, more sure and unavoidable, and more severe and terrible, as bands are when they are tied faster and more strongly upon a prisoner. *I have heard from the Lord God of hosts a consumption, even determined upon the whole earth*; God hath assured me that he will utterly root out and destroy the people of Israel; as indeed he did in Hezekiah's reign.

23 ¶ Give ye ear, and hear my voice; hearken, and hear my speech.

*Observe* what I say, and do you judge if it be not reasonable.

24 Doth the plowman plow all day to sow? doth he open and break the clods of his ground?

*Doth the ploughman plough all day to sow?* the ploughman doth not spend all his time in ploughing the ground, in order to the sowing it, or, as it follows, in opening it, and breaking its clods; but he hath several times for several works, a time for ploughing, and a time for sowing and harrowing, and a time for reaping, and a time for threshing, or beating, and bruising the corn for his own use; which wisdom God hath put into him. This is the sum of the similitude propounded here and in the following verses; the design and meaning whereof seems to be this, to teach them that God had his times and seasons for several works, and that the methods of his providence were various at several times, and towards several persons or people; and therefore that those scoffing Israelites were guilty of great folly, in flattering themselves, and despising God's threatenings, because of God's long patience towards them, and because of their present impunity and prosperity; for God would certainly and speedily take a time to thresh and break them with his judgments, as at present he ploughed and harrowed them, and so prepared them for it by his threatenings. *Doth he open*; understand, *all day*, or continually, out of the foregoing clause. *And break the clods of his ground*; which they used to do with a kind of harrow, or other proper instrument. See Jer. iv. 3; Hos. x. 11, 12.

<span style="font-size:small">‖ Or, the
wheat in the
principal
place, and
barley in the
appointed
place.
‖ Or, spelt.
† Heb.
border?</span>

25 When he hath made plain the face thereof, doth he not cast abroad the fitches, and scatter the cummin, and cast in ‖ the principal wheat and the appointed barley and the ‖ rie in their † place?

*Made plain the face thereof*, by breaking the clods, which made it ragged and uneven. *The principal wheat*; either, 1. The wheat, which is the principal or chief of all these grains; or, 2. The best wheat, which he prudently chooseth for seed. *The appointed barley*; that proportion of barley which he appointed. Or, as others, *the marked barley*; or,

*the choice barley*, which they laid aside in a sack for seed; and therefore set aside with ·a peculiar mark upon it. *In their place*, Heb. in *his border*; each seed in a several and proper place.

26 ‖ †For his God doth instruct him to discretion, *and* doth teach him.

<span style="font-size:small">‖ Or, And he
bindeth it in
such sort as
his God doth
teach him. r Ecclus. 7. 15.</span>

The sense of the words thus rendered is this, All this he performeth by that discretion which God hath put into him; and therefore be assured that God will order all his affairs with judgment, and will in due season execute the punishments which now he threatens, and will perfect his own works. But the words by some are rendered otherwise. *And he beateth it out* (as this word may be rendered, 1 Kings xii. 11; Prov. xix. 18; xxix. 17) *in such sort as his God doth teach him*; in a discreet manner, which being generally mentioned here, is particularly described in the following verse.

27 For the fitches are not threshed with a threshing instrument, neither is a cart wheel turned about upon the cummin; but the fitches are beaten out with a staff, and the cummin with a rod.

*A threshing instrument*; which then and there was made like a sled shod with iron, which was drawn by men or beasts over the sheafs of corn, to bruise them, and beat the grain out of them. *A cart wheel*; a lesser and lower wheel than a cart wheel, but of the same form, upon which possibly the threshing instrument was drawn. *The fitches are beaten out with a staff, and the cummin with a rod*, as being unable to bear harder usage.

28 Bread corn is bruised; because he will not ever be threshing it, nor break *it with* the wheel of his cart, nor bruise it *with* his horsemen.

*Bread corn is bruised* with a threshing instrument, by comparing this with the foregoing verse and the following words. *Because*; or rather, *but*, or *nevertheless*, as the word is frequently used. The sense is, The husbandman doth indeed thresh the bread corn, but he doth it with moderation, and only for a time, not for ever. *Nor break it*; understand, *for ever*, out of the foregoing clause, as is usual in Scripture. *With his horsemen*; which governed the horse or horses that drew the threshing instrument. Or, *with horses*; for it is evident, and hath been observed before, that this Hebrew word signifies *horses* as well as *horsemen*. And this was another way of threshing out the corn, by driving horses, or other cattle, over the sheaves to tread it out; of which see Deut. xxv. 4; Micah iv. 13.

29 This also cometh forth from the Lord of hosts, *which* is wonderful in counsel, *and* excellent in working.

<span style="font-size:small">s Ps. 92. 5.
Jer. 32. 19.</span>

*This also*; this part of the husbandman's discretion, expressed ver. 27, 28, as well as that expressed ver. 24, 25. *Which is wonderful in counsel, and excellent in working:* these words contain the application of the similitude. The husbandman manageth all his affairs with common discretion; but God governs the world and his church with wonderful wisdom; he is great and marvellous, both in the design or contrivance of things, and in the execution of them.

---

## CHAP. XXIX.

*The temple and city of Jerusalem destroyed, 1—6. Her enemies unsatiable, 7, 8; their senselessness, 9—12, and deep hypocrisy, 13—17. The scorner and oppressor being cut off, the rest shall be converted, 18—24.*

WOE ‖ †to Ariel, to Ariel, ‖ the city ^b^*where* David dwelt! add ye year to year; let them †kill sacrifices.

<span style="font-size:small">clr. 712.
‖ Or, O Ariel,
that is, the
lion of God.
a Ezek. 43.
15, 16.  ‖ Or, of the city.  b 2 Sam. 5. 9.  † Heb. cut off the heads.</span>

*Woe to Ariel!* this word signifies *a strong lion*, or *the lion of God*; and is used concerning *lion-like* men, as it is rendered, 1 Chron. xi. 22; and of God's *altar*, as it is rendered, Ezek. xliii. 15, 16, which seems to be thus called, because it devoured and consumed the sacrifices put upon it, as greedily and as irresistibly as the lion doth his prey. If

ACA000960
Digitized by Google

the altar be here meant, it is put synecdochically for the temple, and the words may be rendered, *Woe to Ariel, to Ariel* of or in *the city !* or, and *the city ;* for that conjunction is sometimes understood, as Isa. xxii. 6 ; Hab. iii. 11. And so the threatening is denounced both against the temple and against Jerusalem. But he seems rather to understand it of Jerusalem, as may be gathered, 1. From the next words, which seem to be added by way of apposition, to explain what he meant by that obscure and ambiguous term, *Woe to Ariel, to Ariel,* even *to the city !* 2. From the following verses, which plainly declare that this *Ariel* is the place which God threatens that he would *distress* and fill with *heaviness,* ver. 2 ; and *lay siege* against her, ver. 3 ; and that *the nations* should *fight against her,* ver. 7 ; all which expressions agree much better to Jerusalem than to the altar. And this city might be called *Ariel,* or *the strong lion,* either, 1. For its eminent strength in regard of its situation and fortifications, by reason whereof it was thought almost impregnable, both by themselves and others, Lam. iv. 12. Or, 2. For its lion-like fierceness and cruelty, for which she is called *the bloody city,* Ezek. vii. 23 ; xxii. 2, and, in effect, Isa. i. 15 ; lix. 3 ; Jer. xix. 4 ; and for which her princes are called *lions,* Ezek. xix. 2 ; Zeph. iii. 3. Or, 3. In respect of the altar of God, which was erected in and confined to that city, and in which the strength and glory of that city did chiefly consist. *The city where David dwelt ;* the royal city, and seat of David and his posterity ; which is here mentioned as the ground of their confidence ; and withal, it is implied that their relation to David, and their supposed interest in the promises made to him and to his seed, should not secure them from the destruction here threatened. *Add ye year to year ; let them kill sacrifices ;* go on in killing sacrifices from time to time, one year after another, whereby you think to appease me, and to secure yourselves ; but all shall be in vain.

2 Yet I will distress Ariel, and there shall be heaviness and sorrow : and it shall be unto me as Ariel.

*Yet,* notwithstanding all your sacrifices, *I will distress Ariel,* by bringing and strengthening her enemies against her. *It shall be unto me as Ariel :* the sense is either, 1. I will treat her like a strong and fierce lion, which the people among whom it is endeavour by nets, or pits, and all other ways, to take and to destroy ; or, 2. I will make *Ariel* the city like *Ariel* the altar, filling it with sacrifices, even with men, whom I will slay in my anger ; which act of God's is called *his sacrifice,* Ezek. xxxix. 17, 19.

3 And I will camp against thee round about, and will lay siege against thee with a mount, and I will raise forts against thee.

By those enemies whom I will assist and enable to destroy thee. This was fulfilled either, 1. By Sennacherib, as some learned men think. But what is here affirmed of these enemies is expressly denied concerning Sennacherib, Isa. xxxvii. 3. Or rather, 2. By the Chaldeans, 2 Kings xxv. 1, &c.

4 And thou shalt be brought down, *and* shalt speak out of the ground, and thy speech shall be low out of the dust, and thy voice shall be, as of one that hath a familiar spirit, *e*out of the ground, and thy speech shall † whisper out of the dust.

*e* ch. 8. 19. † Heb. *peep,* or, *chirp.*

*Thy speech shall be low out of the dust ;* thou who now speakest so loftily and scornfully against the Lord's prophets and others, shalt be humbled and confounded, and afraid and ashamed to speak aloud, and shalt in a submissive manner, and with a low voice, beg the favour of thine enemies. *Thy voice shall be, as of one that hath a familiar spirit, out of the ground ;* who, that they might possess the people with a kind of reverence and horror, used to speak and deliver their answers with a low voice, either out of their bellies, or from some dark cave under the ground.

5 Moreover the multitude of thy *d*strangers shall be like small dust, and the multitude of the terrible ones *shall be*

*d* ch. 25. 5.

*a*as chaff that passeth away : yea, it shall be *f*at an instant suddenly.

*a* Job 21. 18. ch. 17. 13. f ch. 30. 13.

*Of thy strangers ;* either, 1. Of the strangers that encamp and fight against thee. Or, 2. Of the Egyptians, and other strangers, whom thou hast hired to assist thee, as indeed they did, when the Chaldeans came against them. This exposition seems to agree best, as with the phrase, *thy strangers,* so with the scope of the place, and with the whole context, especially the foregoing verses ; which plainly shows that this is not a promise to Jerusalem, but a threatening against it. *Like small dust ;* quickly blown away with the least wind, by comparing this with the following clause. *Of the terrible ones ;* of thy great commanders and stoutest soldiers. *It shall be ;* this dissipation and destruction of thy strangers and terrible ones shall come to pass.

6 *g*Thou shalt be visited of the LORD of hosts with thunder, and with earthquake, and great noise, with storm and tempest, and the flame of devouring fire.

*g* ch. 28. 2. & 30. 30.

*Thou,* O Ariel or Jerusalem, of or to whom this whole context manifestly speaks, *shalt be visited* with dreadful judgments, which are frequently expressed in the prophets by these and such-like metaphors.

7 ¶ *h*And the multitude of all the nations that fight against Ariel, even all that fight against her and her munition, and that distress her, shall be *i*as a dream of a night vision.

*h* ch. 37. 36.
*i* Job 20. 8.

Wherein it shall be so is explained in the next verse.

8 *k*It shall even be as when an hungry *man* dreameth, and, behold, he eateth ; but he awaketh, and his soul is empty : or as when a thirsty man dreameth, and, behold, he drinketh ; but he awaketh, and, behold, *he is* faint, and his soul hath appetite : so shall the multitude of all the nations be, that fight against mount Zion.

*k* Ps. 73. 20.

*His soul is empty ;* his appetite or desire (as *the soul* is taken, Psal. xli. 4 ; lxxviii. 18, and elsewhere) is unsatisfied. Or, his stomach or body (as *the soul* is used, Psal. xvi. 10) is empty. *So shall the multitude of all the nations be, that fight against Mount Zion ;* no less unsatisfied and unsatiable shall the enemies of the Jews be, with all the cruelties which they have committed against you ; and they shall be always thirsting after more of your blood, as if they had never tasted any of it.

9 ¶ Stay yourselves, and wonder ; ‖ cry ye out, and cry : *l*they are drunken, *m*but not with wine ; they stagger, but not with strong drink.

‖ Or, *take your pleasure, and riot.*
*l* See ch. 28. 7, 8.
*m* ch. 51. 21.

*Stay yourselves, and wonder ;* pause upon it, and you will see cause to wonder at the stupidity of this people, of which he is now about to speak. He directeth his speech, either to the religious part of the people, or to those particular persons who heard him when he delivered this prophecy. *Cry ye out, and cry ;* cry out again and again, either in way of supplication for them ; or rather through astonishment and horror. Or, *they take pleasure* or *sport themselves,* (as this word most commonly signifies,) *and riot ;* in the midst of all these threatenings and dangers, they are secure, and give up themselves to sensuality ; which is matter of just wonder. *They are drunken, but not with wine ;* but either, 1. With drinking the cup of God's fury, wherewith they are said to be made drunk, Isa. li. 17, 20. And then, *they are drunk,* is put for, *they shall be drunk,* after the manner of the prophets. Or, 2. With the spirit of giddiness or stupidity, which makes them like drunken men, insensible of their danger, and not knowing what to do.

10 For *n*the LORD hath poured out upon you the spirit of deep sleep, and hath *o*closed your eyes : the prophets and your † rulers, *p*the seers hath he covered.

*n* Rom. 11. 8.
*o* Ps. 69. 23.
ch. 6. 10.
& 44. 18.
† Heb. *heads :* See ch. 3. 2.
*p* Jer. 26. 8.
p 1 Sam. 9. 9.

*Hath poured out upon you ;* which phrase notes the plenty

ACA000961
Digitized by Google

# EXHIBIT 28

# ISAIAH:

## A NEW TRANSLATION;

### WITH

## A PRELIMINARY DISSERTATION,

### AND

## NOTES,

### CRITICAL, PHILOLOGICAL, AND EXPLANATORY.

## BY ROBERT LOWTH, D. D.

F. R. SS. LOND. AND GOETT. LORD BISHOP OF LONDON.

### A NEW EDITION.

### VOL. II.

### GLASGOW:

Printed at the University Press;

FOR LONGMAN, HURST, & CO., LACKINGTON, HUGHES,
& CO., G. OFFOR, R. PRIESTLEY, G. & W. B. WHITTAKER,
G. COWIE, & CO., AND G. MACKIE, LONDON; AND BELL &
BRADFUTE, EDINBURGH.

### 1822.

*101. e. 57.*

ACA000957

Digitized by Google

# CHAP. XXIX.

THE subject of this and the four following chapters is the invasion of Senacherib; the great distress of the Jews while it continued; their sudden and un-expected deliverance by God's immediate interposi-tion in their favour; the subsequent prosperous state of the kingdom under Hezekiah: interspersed with severe reproofs, and threats of punishment, for their hypocrisy, stupidity, infidelity, their want of trust in God, and their vain reliance on the assistance of Egypt; and with promises of better times, both im-mediately to succeed, and to be expected in the fu-ture age. The whole making not one continued dis-course, but rather a collection of different discourses upon the same subject; which is treated with great elegance and variety: though the matter is various, and the transitions sudden, yet the prophet seldom goes far from his subject. It is properly enough di-vided by the chapters in the common translation.

1. *Ariel*—]  That Jerusalem is here called by this name is very certain; but the reason of this name, and the meaning of it as applied to Jerusalem, is very obscure and doubtful. Some, with the Chal-dee, suppose it to be taken from the hearth of the great altar of burnt-offerings, which Ezekiel plainly calls by the same name; and that Jerusalem is here considered as the seat of the fire of God, אור אל, which should issue from thence to consume his ene-mies : compare chap. xxxi. 9. Some, according to the common derivation of the word, ארי אל, the lion of God, or the strong lion; suppose it to sig-nify the strength of the place, by which it was en-

ACA000958
Digitized by Google