# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ARIEL CAPITAL ADVISORS LLC,<br><br>        Defendant. | Case Number: 15-cv-3717<br><br>Hon. Judge Matthew F. Kennelly |

**DECLARATION OF ADAM WOLEK IN SUPPORT OF DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION TO STRIKE JURY DEMAND**

I, Adam Wolek, hereby declare as follows:

1. I am a member in good standing of the bar of the State of Illinois. I am an attorney at the law firm of Wolek & Noack and have been retained as local counsel for Defendant Ariel Capital Advisors LLC ("ACA") in this matter. The following declaration is based on my personal knowledge. If called upon to testify, I could testify competently as to the matters set forth herein.

2. Prior to Plaintiff's motion to strike ACA jury's demand, ACA had already developed and based its case strategy for a jury trial, including its trial strategy, objections, motions *in limine*, exhibits, demonstrative exhibits, witnesses, and discovery and depositions taken.

3. ACA also had already ordered its demonstrative exhibits that were based on its trial strategy directed at a verdict, and most of the demonstrative exhibits have already arrived.

4. ACA further had already sent out witness subpoenas, and did not send out others, as part of its trial strategy based on a jury trial.

- 2 -

5. And also prior to Plaintiffs motion to strike ACA jury's demand, ACA developed and directed its fact discovery with a strategy for a jury trial.

6. ACA would be prejudiced by a late change to a bench trial because of the aforementioned reasons, and others that include, but are not limited to, that it had based its case strategy for a jury trial, trial strategy, objections, motions *in limine*, exhibits, demonstrative exhibits, witnesses, and discovery and depositions taken.

7. I hereby declare under penalty of perjury under the laws of the United States of America and pursuant to 28 USC § 1746 that the foregoing is true and correct and is based upon my personal knowledge.

Dated this 30th day of January, 2017, at Chicago, Illinois.

                                                s/ Adam Wolek
                                                Adam Wolek
                                                *Attorney for Defendant Ariel Capital Advisors LLC*