UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC, ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:15-cv-3717 |
| v. ) | |
| ) | Judge: Hon. Matthew F. Kennelly |
| ARIEL CAPITAL ADVISORS LLC, ) | |
| Defendant. ) | |

**Notice of Motion**

TO:    Arthur Gollwitzer III
Larry Saret
Zachary Watters
Luke Demarte
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601

Mareile Bayard Cusack
David Allyn Miley
ARIEL INVESTMENTS, LLC
200 East Randolph Street, Suite 2900
Chicago, IL 60601-6505

**PLEASE TAKE NOTICE** that on March 14, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, defendant Ariel Capital Advisors LLC shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its Motion for Stay of Permanent Injunction Pending Appeal.

|  |  |
|---|---|
| Dated: March 8, 2017 | By: /s/ Christopher P. Bray <br> Christopher P. Bray <br> Christopher P. Bray Associates, LLC <br> 9115 Corsea Del Fontana Way, Suite 200 <br> Naples, Florida 34109 <br> cpbray@cpbrayassociates.com <br> P 239.651.6008 <br> F 239.431.3914 <br> *Attorney for Defendant* <br> *Ariel Capital Advisors, LLC* <br><br> Adam Wolek <br> Brian T. Noack <br> Wolek & Noack <br> 333 S. Wabash Ave. Suite 2700 <br> Chicago, IL 60604 <br> *Local Counsel for Defendant* <br> *Ariel Capital Advisors, LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 8, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

By: /s/ Adam Wolek<br>
Adam Wolek