UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC | ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) Case No. 15-cv-3717 |
| ARIEL CAPITAL ADVISORS LLC | ) ) Judge: Hon. Matthew F. Kennelly |
| Defendant/Counter-Plaintiff. | ) ) |

## Notice of Appeal

**PLEASE TAKE NOTICE** that Defendant, Ariel Capital Advisors LLC ("ACA"), in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following rulings made by the Honorable Matthew F. Kennelly, Judge of the United States District Court for the Northern District of Illinois, Eastern Division:

- an Order denying ACA's Motion to Dismiss entered on October 29, 2015 (Dkt. 44);

- a ruling denying ACA's Motion to Reconsider its Motion to Dismiss or to Certify for Interlocutory Appeal entered on December 9, 2015 (Dkt. 55);

- a ruling denying ACA's Motion to Compel (Dk. 81);

- a ruling denying ACA's Motion to Compel the Deposition of John Rogers entered on June 23, 2016 (Dkt. 96);

- a Memorandum and Order denying ACA's Motion for Summary Judgment entered on January 21, 2017 (Dkt. 170);

- a ruling granting Plaintiff's Motion to Strike Jury Demand, Plaintiff's Motion to Quash John Rogers' Subpoena, partially granting Plaintiff's Motions *in limine*,

1

and partially denying ACA's Motions *in limine* (Dkt. 185);

- a ruling overruling ACA's objections to certain deposition testimony (Dkt. 186);

and,

- Findings of Fact and Conclusions of Law, a final judgment entered on March 3, 2017 (Dkt. 192.)

Dated: March 8, 2017

By:/s/ Brian T. Noack
Adam Wolek
Brian T. Noack
Wolek & Noack
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604
P: 312.860.9006
F: 708.843.0509
adamw@wonoip.com
briann@wonoip.com
*Local Counsel for Plaintiff Ariel Capital Advisors LLC*

Christopher P. Bray
Christopher P. Bray Associates
9115 Corsea Del Fontana Way, Ste. 200
Naples, FL 34109
P: 239.651.6008
F: 239.431.3914
*Lead Counsel for Plaintiff Ariel Capital Advisors LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on March 8, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Date: March 8, 2017

                                                   By:/s/ Brian T. Noack
                                                   Brian T. Noack