UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ariel Investments, LLC
                      Plaintiff,

v.                                                      Case No.: 1:15−cv−03717
                                                      Honorable Matthew F. Kennelly

Ariel Capital Advisors LLC
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 9, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Clerk is directed to enter judgment as follows: Judgment is entered in favor of plaintiff Ariel Investments LLC and against defendant Ariel Capital Advisors LLC on Counts 1, 2, 3, and 4 of plaintiff's complaint and in favor of defendant Ariel Capital Advisors LLC and against plaintiff Ariel Investments LLC on Count 5 of plaintiff's complaint. The Court enters the attached permanent injunction against defendant Ariel Capital Advisors LLC. The Court notes that it modified the timing of the disclaimer provision in the injunction to 7 days from entry of the injunction, rather than the 3 days proposed by plaintiff or the 14 days proposed by defendant. The Court takes under advisement defendant's motion for a stay of the injunction pending appeal, which is noticed for hearing on 3/14/2017. Plaintiff is directed to file a written response to the motion by 3/13/2017. The Court will hear further argument to the extent appropriate at the motion hearing on 3/14/2017. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.