# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ariel Investments, LLC,

Plaintiff(s),

v.

Ariel Capital Advisors LLC,

Defendant(s).

Case No. 15 C 3717

Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of plaintiff Ariel Investments LLC and against defendant Ariel Capital Advisors LLC on Counts 1, 2, 3, and 4 of plaintiff's complaint and in favor of defendant Ariel Capital Advisors LLC and against plaintiff Ariel Investments LLC on Count 5 of plaintiff's complaint. The Court enters the attached permanent injunction against defendant Ariel Capital Advisors LLC.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☒ tried by Judge Matthew F. Kennelly without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 3/9/2017

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk