UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC )<br>)<br>    Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>ARIEL CAPITAL ADVISORS LLC )<br>)<br>    Defendant/Counter-Plaintiff. ) | Case No. 15-cv-3717<br><br>Judge: Hon. Matthew F. Kennelly |

**Amended Docketing Statement**

Defendant Ariel Capital Advisors LLC ("ACA") hereby files their Docketing Statement pursuant to Circuit Rule 3(c):

**District Court Jurisdiction:** The United States District Court for the Northern District of Illinois had jurisdiction over this case under 28 U.C.S. §1331 based on the existence of a federal question.

**Appellate Court Jurisdiction:** The United States Court of Appeals for the Seventh Circuit has jurisdiction over this case under 28 U.S.C. §1291. ACA appeals from the following rulings entered by the United States District Court for the Northern District of Illinois:

- an Order denying its Motion to Dismiss entered on October 29, 2015 (Dkt. 44);
- a ruling denying its Motion to Reconsider its Motion to Dismiss or to Certify for Interlocutory Appeal entered on December 9, 2015 (Dkt. 55);
- a ruling denying its Motion to Compel (Dk. 81);
- a ruling denying its Motion to Compel the Deposition of John Rogers entered on June 23, 2016 (Dkt. 96);
- a Memorandum and Order denying its Motion for Summary Judgment entered on

January 21, 2017 (Dkt. 170);

- a ruling granting Plaintiff's Motion to Strike Jury Demand, Plaintiff's Motion to Quash John Rogers' Subpoena, partially granting Plaintiff's Motions *in limine*, and partially denying ACA's Motions *in limine* (Dkt. 185);

- a ruling overruling ACA's objections to certain deposition testimony (Dkt. 186);

- Findings of Fact and Conclusions of Law entered on March 3, 2017 (Dkt. 192); and,

- Final Judgment entered on March 9, 2017 (Dkt. 199.)

ACA's Notice of Appeal was filed on March 8, 2017 and its Amended Notice of Appeal was filed on March 9, 2017 .

Dated: March 9, 2017

By /s/ Brian T. Noack
Adam Wolek
Brian T. Noack
Wolek & Noack
333 S. Wabash Ave.
Suite 2700
Chicago, IL 60604
P: 312.860.9006
F: 708.843.0509
adamw@wonoip.com
briann@wonoip.com
*Local Counsel for Plaintiff Ariel Capital Advisors LLC*

Christopher P. Bray
Christopher P. Bray Associates
9115 Corsea Del Fontana Way, Ste. 200
Naples, FL 34109
P: 239.651.6008
F: 239.431.3914
*Lead Counsel for Plaintiff Ariel Capital Advisors LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 9, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Date: March 9, 2017

By:/s/ Brian T. Noack
Brian T. Noack
