UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARIEL INVESTMENTS, LLC, )<br>    Plaintiff, ) | |
| ) | Case No.: 1:15-cv-3717 |
| v. ) | |
| ) | Judge: Hon. Matthew F. Kennelly |
| ARIEL CAPITAL ADVISORS LLC, )<br>    Defendant. ) | |

### Notice of Motion

  TO: Arthur Gollwitzer III
     Larry Saret
     Zachary Watters
     Luke Demarte
     MICHAEL BEST & FRIEDRICH LLP
     444 W Lake St., Ste. 3200
     Chicago, Illinois 60606

     Mareile Bayard Cusack
     David Allyn Miley
     ARIEL INVESTMENTS, LLC
     200 East Randolph Street, Suite 2900
     Chicago, IL 60601-6505

  **PLEASE TAKE NOTICE** that on March 21, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, defendant Ariel Capital Advisors LLC shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead in courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present its Emergency Motion to Reconsider.

| | |
|---|---|
| Dated: March 18, 2017 | By:/s/ Brian T. Noack<br>Adam Wolek<br>Brian T. Noack<br>Wolek & Noack<br>333 S. Wabash Ave.<br>Suite 2700<br>Chicago, IL 60604<br>P: 312.860.9006<br>F: 708.843.0509<br>adamw@wonoip.com<br>briann@wonoip.com<br>*Local Counsel for Defendant Ariel Capital Advisors, LLC*<br><br>Christopher P. Bray<br>Christopher P. Bray Associates, LLC<br>9115 Corsea Del Fontana Way, Ste 200<br>Naples, FL 34109<br>P: 239.651.6008<br>F: 239.431.3914<br>cpbray@cpbrayassociates.com<br>*Lead Counsel for Defendant Ariel Capital Advisors, LLC* |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 18, 2017, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Arthur Gollwitzer III
agollwitzer@michaelbest.com
Luke W. DeMarte
lwdemarte@michaelbest.com
Larry L. Saret
llsaret@michaelbest.com
Zachary J. Watters
zjwatters@michaelbest.com
Michael Best & Friedrich LLP
444 W Lake St., Ste. 3200
Chicago, Illinois 60606

Mareile Bayard Cusack
mcusack@arielinvestments.com
David Allyn Miley
dmiley@arielinvestments.com
Ariel Investments, LLC
200 East Randolph Street, Ste 2900
Chicago, Illinois 60601-6505

                                                      By:/s/ Brian T. Noack
                                                      Brian T. Noack