UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIEL INVESTMENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-3717 |
| | ) | |
| ARIEL CAPITAL ADVISORS LLC | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: Adam Wolek
Brian Noack
Wolek and Noack
333 South Wabash Avenue, Suite 2700
Chicago, IL 60604
adamw@wonoip.com
briann@wonoip.com

Christopher Paul Bray
Christopher P. Bray Associates, LLC
9115 Corsea Del Fontana Way, Suite 200
Naples, FL 34109
cpbray@cpbrayassociates.com

PLEASE TAKE NOTICE that on Wednesday, May 10, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2103, Chicago, Illinois, to present **Plaintiff Ariel Investments' Motion to Supplement the Record**.

Dated: May 5, 2017           By: */s/ Zachary J. Watters*
                                    Arthur Gollwitzer III (6225038)
                                     agollwitzer@michaelbest.com
                                    Luke W. DeMarte (6269621)
                                     lwdemarte@michaelbest.com
                                    Larry L. Saret (2459337)
                                     llsaret@michaelbest.com

Zachary J. Watters (6310675)
zjwatters@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
River Point
444 W. Lake Street, Suite 3200
Chicago, Illinois 60606
Tel: (312) 222-0800
Fax: (312) 222-0818

***Attorneys for Plaintiff Ariel Investments, LLC***

- 2 -

**Certificate of Service**

      I, Zachary J. Watters, an attorney of record in this matter, certify that on May 5, 2017, I caused a copy of the foregoing **Notice of Motion** to be electronically filed with the Clerk of Court of the United States District Court for the Northern District of Illinois using the CM/ECF system, which provides service for the following counsel of record by email delivery:

      Adam Wolek
      Brian Noack
      Wolek and Noack
      333 South Wabash Avenue, Suite 2700
      Chicago, IL 60604
      adamw@wonoip.com
      briann@wonoip.com

      Christopher Paul Bray
      Christopher P. Bray Associates, LLC
      9115 Corsea Del Fontana Way, Suite 200
      Naples, FL 34109
      cpbray@cpbrayassociates.com

      */s/ Zachary J. Watters*
      Zachary J. Watters