UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIEL INVESTMENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-3717 |
| | ) | |
| ARIEL CAPITAL ADVISORS LLC | ) | |
| | ) | |
| Defendant. | ) | |

### Motion for Leave to Withdraw Zachary J. Watters as Counsel for Plaintiff Ariel Investments, LLC

Plaintiff, Ariel Investments, LLC ("Ariel") respectfully moves this Court for leave for Zachary J. Watters to withdraw as counsel for Ariel in this case. Mr. Watters has ended his employment with the law firm of Michael Best & Friedrich LLP as of September 15, 2017. Ariel will continue to be represented by Arthur Gollwitzer III, Luke DeMarte and Larry Saret from Michael Best & Friedrich LLP.

Therefore, Ariel respectfully requests that Zachary J. Watters be given leave to withdraw as its counsel.

Dated: September 26, 2017  Respectfully submitted,

s/ Arthur Gollwitzer III
Arthur Gollwitzer III (6225038)
agollwitzer@michaelbest.com
Luke W. DeMarte (6269621)
lwdemarte@michaelbest.com
Larry L. Saret (2459337)
llsaret@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
444 W Lake Street, Suite 3200
Chicago, IL 60606
Phone: 312.222.0800
Facsimile: 312.222.0818

***Attorneys for Plaintiff Ariel Investments, LLC***

## Certificate of Service

I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on September 26, 2017, I caused a copy of the following document:

**Motion for Leave to Withdraw Zachary J. Watters as
Counsel for Plaintiff Ariel Investments, LLC**

to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois by electronic (ECF) filing, which provides service for the following counsel of record by email delivery:

Adam Wolek
Brian Noack
Wolek and Noack
333 South Wabash Avenue, Suite 2700
Chicago, IL 60604
adamw@wonoip.com
briann@wonoip.com

Adam Wolek
Brian Noack
Taft Stettinius & Hollister LLP
111 E Wacker, Suite 2800
Chicago, IL 60601
awolek@taftlaw.com
bnoack@taftlaw.com

Christopher Paul Bray
Christopher P. Bray Associates, LLC
9115 Corsea Del Fontana Way, Suite 200
Naples, FL 34109
cpbray@cpbrayassociates.com

*s/ Arthur Gollwitzer III*
Arthur Gollwitzer III