UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARIEL INVESTMENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-3717 |
| | ) | |
| ARIEL CAPITAL ADVISORS LLC | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: Adam Wolek  
Brian Noack  
Wolek and Noack  
333 South Wabash Avenue, Suite 2700  
Chicago, IL 60604  
adamw@wonoip.com  
briann@wonoip.com  

Adam Wolek  
Brian Noack  
Taft Stettinius & Hollister LLP  
111 E Wacker, Suite 2800  
Chicago, IL 60601  
awolek@taftlaw.com  
bnoack@taftlaw.com  

Christopher Paul Bray  
Christopher P. Bray Associates, LLC  
9115 Corsea Del Fontana Way, Suite 200  
Naples, FL 34109  
cpbray@cpbrayassociates.com  

PLEASE TAKE NOTICE that on Tuesday, October 3, 2017 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 2103, Chicago, Illinois, to present their **Motion for Leave to Withdraw Zachary J. Watters as Counsel for Plaintiff Ariel Investments, LLC.**

| | |
|---|---|
| Dated:  September 26, 2017 | By: *s/ Arthur Gollwitzer III* <br> Arthur Gollwitzer III (6225038) <br>   agollwitzer@michaelbest.com <br> Luke W. DeMarte (6269621) <br>   lwdemarte@michaelbest.com <br> Larry L. Saret (2459337) <br>   llsaret@michaelbest.com <br> MICHAEL BEST & FRIEDRICH LLP <br> River Point <br> 444 W. Lake Street, Suite 3200 <br> Chicago, Illinois  60606 <br> Tel:  (312) 222-0800 <br> Fax:  (312) 222-0818 <br> <br> ***Attorneys for Plaintiff Ariel Investments, LLC*** |

## Certificate of Service

  I, Arthur Gollwitzer III, an attorney of record in this matter, certify that on September 26, 2017, I caused a copy of the following document:

## Notice of Motion

to be filed with the Clerk of Court of the United States District Court for the Northern District of Illinois by electronic (ECF) filing, which provides service for the following counsel of record by email delivery:

| | |
|---|---|
| Adam Wolek | Adam Wolek |
| Brian Noack | Brian Noack |
| Wolek and Noack | Taft Stettinius & Hollister LLP |
| 333 South Wabash Avenue, Suite 2700 | 111 E Wacker, Suite 2800 |
| Chicago, IL 60604 | Chicago, IL 60601 |
| adamw@wonoip.com | awolek@taftlaw.com |
| briann@wonoip.com | bnoack@taftlaw.com |

Christopher Paul Bray
Christopher P. Bray Associates, LLC
9115 Corsea Del Fontana Way, Suite 200
Naples, FL 34109
cpbray@cpbrayassociates.com

                *s/ Arthur Gollwitzer III*
                Arthur Gollwitzer III