# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 31, 2018

| Before: | JOEL M. FLAUM, Circuit Judge |
| | FRANK H. EASTERBROOK, Circuit Judge |
| | AMY C. BARRETT, Circuit Judge |

| Nos. 17-1516 and 17-2645 | ARIEL INVESTMENTS, LLC, Plaintiff - Appellee<br><br>v.<br><br>ARIEL CAPITAL ADVISORS LLC, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-03717<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The judgment of the District Court is **REVERSED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)